**Opinion issued November 30, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00550-CV

————————————

**UNIVERSAL SURGICAL ASSISTANTS, INC., Appellant**

**V.**

**RENEE LOPEZ AND FRANK LOPEZ, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-28263**

---

## MEMORANDUM OPINION

Appellant Universal Surgical Assistants, Inc. filed a Motion to Dismiss its appeal, representing "[t]he parties have reached a resolution of their dispute." No cross appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Although Appellant's motion does not include a certificate of conference stating that Appellant conferred or made a reasonable attempt to confer with Appellees Renee Lopez and Frank Lopez regarding the relief requested in the motion, more than ten days have passed, and no party has expressed opposition to Appellant's motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We grant Appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.